**V IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEREMY HENSEL** | : CIVIL DIVISION |
| **vs.** | : |
| **ADELPHOI USA, ADELPHOI VILLAGE, ADELPHOI EDUCATION, INC., ADELPHOI WESTERN REGION, INC.** | : CASE NO.: 2:26-cv-07060 |
| **And,** | : |
| **JOHN/JANE DOES 1-100,** | : |
| **Defendants.** | : |

**ENTRY OF APPEARANCE**

***TO THE PROTHONOTARY:***

Kindly enter my appearance as Counsel for the Plaintiff in this matter.

**VAN DER VEEN, HARTSHORN & LEVIN**

BY: *_/s/ Michael T. van der Veen_*
Michael T. van der Veen, Esquire
*Attorney for Plaintiff*

.Date: September 15, 2026